UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 12-4099 CAS(RZx)                    Date: August 14, 2012

Title:   Comerica Bank -vs- Gerald Goldstein, et al.

========================================================================
PRESENT: HON. AUDREY B. COLLINS, CHIEF U.S. DISTRICT JUDGE

| Angela Bridges | None |
|---|---|
| Deputy Clerk | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**       **ATTORNEYS PRESENT FOR DEFENDANTS:**
None present                                  None present

**PROCEEDINGS:** (In Chambers) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH LOCAL RULE 3-2 AND SCHEDULING ORDER TO SHOW CAUSE HEARING BEFORE THE CHIEF JUDGE

   On , May 29, 2012 this Court issued an Order to Comply With Local Rule 3-2, which requires that all manually filed civil initiating documents be e-mailed in electronic form (PDF format only) within twenty-four hours of the date the civil initiating documents are filed.  Defendant's counsel has failed to comply with that Order of Court.  The Court acknowledges that the case was closed on May 17, 2012, counsel is still required to adhere to the rules and procedures of the Court.

   IT IS HEREBY ORDERED that counsel appear in person before Chief Judge AUDREY B. COLLINS, on **September 10, 2012, at 10:00 a.m.**, Courtroom 680, Roybal  Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California, to show cause why monetary sanctions should not be imposed against counsel pursuant to Local Rule 83-7(a), for failure to comply with Local Rule 3-2.

   A written response to this Order to Show Cause shall be filed no later than **September 4, 2012.  Failure to do so will result in the matter being submitted to the Court without hearing and be deemed consent to the imposition of sanctions.** To contact the Deputy Clerk to Chief Judge Collins, call Angela Bridges, at (213) 894-6500.

   The Clerk shall serve this minute order on all parties/counsel in this action.

                                                          __ : __
                                          Initials of Deputy Clerk:  AB